UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In Re:

Lathesia A. Ratliff,

Debtor(s).

Chapter 13
Case No. 18-10455

## MOTION TO SUSPEND PAYMENTS

Comes now the debtor, by and through counsel, and hereby moves this Court to suspend payments for three months due under the Chapter 13 Plan. In support of said motion, Debtor would show unto the Court that:

1. Debtor is in needs of funds for medical expenses, auto and home repairs.

2. Debtor requests a full suspension in plan payments for a period of three months beginning with the payments due in October, 2018 until December, 2018. Such suspension includes the post-petition continuing mortgage payments due to BSI Financial, which will resume in January, 2019.

3. Any funds received by the Trustee during the suspension period should be refunded directly to the debtor.

4. Following such suspension the plan should be amended to complete over the remaining plan term, with the mortgage being paid on an altered basis, beginning with the month January, 2019. Trustee should be authorized to make such amendments as necessary.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that an order be entered allowing the scheduled plan payments be suspended for a period of three months, and that the Chapter 13 Trustee modify the plan accordingly.

Respectfully submitted,

/s/Jimmy E. McElroy    #2540
Attorney for Debtor
3780 S. Mendenhall
Memphis, TN 38115

Certificate of Service

The undersigned certifies that the above motion was mailed VIA United State Postal Service or electronically notified to all parties listed below on September 24, 2018.

/s/Jimmy E McElroy

Lathesia A. Ratliff, P.O. Box 1374, Southaven, MS 38671
Chapter 13 Trustee - sbeasley@barkley13.com
US Trustee - USTPRegion05.AB.ECF@usdoj.gov
All Entities Listed on the Matrix (see attached)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In Re:
Lathesia A. Ratliff,

Chapter 13
Case No. 18-10455

Debtor(s).

**ORDER TO SUSPEND PAYMENTS (Dkt. ___)**

This cause came before the Court on a motion by Debtor to suspend payments for three months because the debtor is in need of funds for medical expenses, auto and home repairs. It appeared that after notice to all interested parties and opportunity for hearing, there were no objections filed, and the Court finds as follows:

1. The debtor's motion to suspend payments including the mortgage shall be and is hereby granted.

2. The debtor's full plan payment shall be suspended for a period of three months beginning with the payments due in October, 20184 until January, 2019. Such suspension shall include the post-petition continuing mortgage payment to BSI Financial and payments shall resume in January, 2019.

3. That any funds received by the Trustee during the suspension period shall be refunded directly to the debtor.

4. That following such suspension period the plan shall be amended to complete over the remaining plan term, with the mortgage being amortized over the remaining life to the plan, beginning in the month of January, 2019. Trustee shall be authorized to make such amendments as necessary.

##END OF ORDER##

APPROVED:

/s/ Jimmy E. McElroy MSB #2540
Attorney for Debtor
3780 S. Mendenhall Road
Memphis, TN 38115
(901) 363-7283
mcelroylawms@hotmail.com

```
Label Matrix for local noticing          1st Franklin Financial Corporation     Account Resolution Services
0537-1                                   Attn: Administrative Services          1801 N.W. 66th Avenue
Case 18-10455-JDW                        PO Box 880                             Fort Lauderdale, FL 33313-4571
Northern District of Mississippi         Toccoa, GA 30577-0880
Aberdeen
Mon Sep 24 12:39:40 CDT 2018

BSI Financial                            BSI Financial Services                 BSI Financial Services
P.O. Box 517                             1425 Greenway Drive, Ste 400           prpbk@bsifinancial.com
Titusville, PA 16354-0517                Irving, TX 75038-2480                  1425 Greenway Drive, Ste. 400
                                                                                Irving, TX 75038-2480


Locke D. Barkley                         Credit Management                      Desoto County Chancery Clerk
1360 I-55 North                          4200 International Pkwy.               P.O. Box 949
Suite 140                                Carrollton, TX 75007-1912              Hernando, MS 38632-0949
Jackson, MS 39211-2038



Desoto County Tax Collector              ERC                                    (p)1ST FRANKLIN FINANCIAL CORPORATION
365 Losher Street, #110                  P.O. Box 57547                         PO BOX 425
Hernando, MS 38632-2189                  Jacksonville, FL 32241-7547            HERNANDO MS 38632-0425



IC Systems                               Macys                                  Jimmy E. McElroy
P.O. Box 64378                           P.O. Box 8218                          3780 S. Mendenhall
Saint Paul, MN 55164-0378                Mason, OH 45040-8218                   Memphis, TN 38115-0886



Neighborhood Cash                        Neighborhood Title                     Professional Credit of Jonesboro
1687 E. Brooks Raod                      1687 E. Brooks Raod                    500 Washington
Memphis, TN 38116-1925                   Memphis, TN 38116-1925                 Jonesboro, AR 72401



Mathesia A. Ratliff                      Revenue Recovery Corp.                 Smart Fund
P.O. Box 1374                            P.O. Box 50250                         110 Oak Hill
Southaven, MS 38671-0014                 Knoxville, TN 37950-0250               Newnan, GA 30265



Southaven Check Advance                  U. S. Trustee                          US Bank Trust National Association as Trust
776 Goodman Road, East                   501 East Court Street, Suite 6-430     c/o BSI Financial Services
Southaven, MS 38671-9522                 Jackson, MS 39201-5022                 1425 Greenway Dr., ste 400
                                                                                Irving TX 75038-2480
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
First Franklin                           End of Label Matrix
112 E. Parkway St.                       Mailable recipients    23
Hernando, MS 38632                       Bypassed recipients     0
                                         Total                  23
```